**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of S.H., a Child

Appellate case number:   01-22-00255-CV

Trial court case number:  2020-02030J

Trial court:             313th Judicial District Court of Harris County

This case was abated and remanded to the trial court on August 25, 2022. In the abatement order,[1] we directed the trial court to appoint new counsel to represent appellant, father, on appeal and to have a supplemental clerk's record containing that appointment filed in this Court. On September 2, 2022, the trial court clerk filed a supplemental clerk's record containing the trial court's order appointing Stephen E. Newhouse to represent appellant on appeal. *See* TEX. R. APP. P. 6.1. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is **due on September 19, 2022**—20 days from the date appellant's counsel was appointed. *See* TEX. R. APP. P. 4.1(a), 28.4, 38.6(a). Because this is a termination case, this Court is required to bring this appeal to final disposition within 180 days of April 4, 2022, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, reprinted in TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. Accordingly, **no extensions of time will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

---

[1]     The Court's abatement order stated:

> [W]e have reviewed the appellate record and [previously] appointed counsel's *Anders* brief and conclude that the appeal warrants further development by new appellate counsel on the following arguable grounds for appeal: whether the evidence is legally and factually insufficient to support the trial court's finding that termination of appellant's parental rights was in the best interest of S.H. *See* TEX. FAM. CODE ANN. § 161.001(b)(2).

We noted that newly appointed appellate counsel is not prevented from briefing any other arguable grounds of appeal.

Judge's signature:  _____/s/ Julie Countiss_____
                      ☑ Acting individually    □ Acting for the Court


Date:   ___September 2, 2022_____